```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RALPH WASHINGTON,
Individually and on Behalf of All Other
Persons Similarly Situated,

                    Plaintiff,

    -against-

MORNING STAR RESTAURANT GROUP LLC,
LAURENCE JORDAN, MICHAEL VANN,
And JOHN DOES #1-10,

                  Defendants.
------------------------------------------------------------------X

08 Civ. 10732 (SHS)

## ~~[PROPOSED]~~ DEFAULT JUDGMENT

This action having been commenced on December 10, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Lawrence Jordan, on February 23, 2009, by personal service of process on Virgil Wade at Defendant Jordan's place of business and by a mailing of process on the same day to Jordan's place of business, and proof of such service having been filed on March 1, 2009 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and upon reviewing the motion for default judgment and supporting declarations and memorandum of law, it is **ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant Lawrence Jordan in the amount of **FIFTY-TWO THOUSAND AND FOUR HUNDRED AND TEN DOLLARS ($52,410).**

Dated: New York, New York
Dated: June 9, 2009

_____
U.S.D.J.

This document was entered on the docket on _____